UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANNE KOZLOFF, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| CUMBERLAND COUNTY, KEEFE COMMISSARY NETWORK, LLC, JOHN COSTELLO, and MICHELLE NOYES, | ) ) ) ) ) ) |
| Defendants | ) |

Case No. 2:22-cv-00231-LEW

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate, by and through undersigned counsel, that all claims asserted against Defendants are dismissed with prejudice and without attorney's fees or costs to either party.

Dated: August 21, 2023

/s/ Aimee B. Parsons
_____
Aimee B. Parsons, Esq.
*Attorney for Defendant Keefe*
Ogletree Deakins
2 Monument Square, 7th Floor
Portland, Maine 04101
(207) 387-2985
Aimee.parsons@ogletree.com

/s/ Laura H. White
_____
Laura H. White, Esq. Bar No. 4025
*Attorney for Plaintiff*
WHITE & QUINLAN, LLC
62 Portland Road, Suite 21
Kennebunk, Maine 04043
(207) 502-7484
lwhite@whiteandquinlan.com

| /s/ Peter T. Marchesi | /s/ Eric J. Uhl |
|---|---|
| Peter T. Marchesi, Esq. | Eric J. Uhl, Esq. |
| *Attorney for County Defendants* | *Attorney for Defendant Noyes* |
| Wheeler & Arey, P.A. | Richardson, Whitman, Large & Badger |
| 27 Temple Street | 465 Congress Street |
| Waterville, Maine 04901 | Portland, Maine 04101 |
| (207) 660-9201 | (207) 774-7474 |
| peter@wheelerlegal.com | euhl@rwlb.com |

# CERTIFICATE OF SERVICE

I, Laura H. White, hereby certify that on this 21st day of August, 2023, I served the foregoing Stipulation of Dismissal with the Court's CM/ECF system, which automatically sends notification to all counsel of record.

Dated: August 21, 2023

                                                      */s/ Laura H. White*

                                                      Laura H. White, Esq. Bar No. 4025
                                                      *Attorney for Plaintiff*
                                                      WHITE & QUINLAN, LLC
                                                      62 Portland Road, Suite 21
                                                      Kennebunk, Maine 04043
                                                      (207) 502-7484
                                                      lwhite@whiteandquinlan.com